ALEXANDER M. POWELL, Respondent, *v.* F. C. LINDE COMPANY, Appellant.

Reported below, 58 App. Div. 261.
(Argued June 3, 1901; decided June 11, 1901.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered March 15, 1901, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial.

The motion was made upon the grounds that the Appellate Division unanimously decided that the verdict was supported by the evidence; that no questions of law are raised which can be reviewed by the Court of Appeals, and that the exceptions are frivolous.

*Herman W. Schmitz* for motion.

*Lloyd Thompson* opposed.

Motion denied, with ten dollars costs.